1168

No. 99-7386. SINGLETON v. HARGETT, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99-7387. RUIZ v. HAWAII. Sup. Ct. Haw. Certiorari denied.

No. 99-7388. MATHEWS v. IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 99-7390. KRUELSKI v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 99-7393. STRALEY v. GALETKA, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99-7394. PATINO v. SMITH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99-7397. SHEPPARD v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 99-7399. TEARFIE v. WHITTLESEA BLUE CAB CO. C. A. 9th Cir. Certiorari denied.

No. 99-7400. WILSON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99-7403. STARLING v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99-7408. WRIGHT v. DAVIS ET AL. C. A. 11th Cir. Certiorari denied.

No. 99-7412. JACKSON v. FLORIDA DEPARTMENT OF CORRECTIONS ET AL. Sup. Ct. Fla. Certiorari denied.

No. 99-7417. PEDRAGLIO LOLI v. CITIBANK, INC. C. A. 2d Cir. Certiorari denied.

No. 99-7419. RIVERA v. TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 99-7423. WILLIAMS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99-7429. ZUBIA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.